# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-0696
Lower Tribunal No. 2023-CA-003034

_____

MYLES ALPERT,

Appellant,

v.

HARRY M. ZEA, individually and as Trustee of the ROHAR TRUST U/A/D JULY 12, 2011, and ALISON ZEA, individually and as Trustee of the ROHAR TRUST U/A/D JULY 12, 2011,

Appellees.

_____

Appeal from the Circuit Court for Collier County.
Tamara Lynne Nicola, Judge.

August 11, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and BROWNLEE and PRATT, JJ., concur.


Andrew B. Greenlee, of Andrew B. Greenlee, P.A., Sanford, for Appellant.

Donald G. Peterson and Yasser Lakhlifi, of Yarnell & Peterson, P.A., Naples, for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED